# Court of Appeals
# of the State of Georgia

ATLANTA,  December 19, 2023

*The Court of Appeals hereby passes the following order:*

## A24E0039. BRANNER v. JOHNSON et al.

The Petition for Writ of Mandamus filed by Charlie Branner Jr. is hereby **DENIED**.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/19/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*

---

[1] See *Byrd v. Robinson*, 349 Ga. App. 19, 20 (825 SE2d 424) (2019) ("There may occasionally appear to be a need to file an original petition in the [appellate courts] to issue process in the nature of mandamus, and perhaps quo warranto or prohibition, where a superior court judge is named as the respondent. This appearance is misleading. Such petition may be filed in the appropriate superior court. Being the respondent, the superior court judge will disqualify, another superior court judge will be appointed to hear and determine the matter, and the final decision may be appealed to the [appellate court] for review.") (punctuation omitted).